**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION**

**UNCLAIMED FUNDS IN CHAPTER 13 CASES**

Pursuant to 11 USC Section 347 and Bankruptcy Rule 3011, Gwendolyn M. Kerney, the Standing Chapter 13 Trustee, hereby files with the Bankruptcy Court Clerk the following unclaimed funds report evidencing the check number, amount of check, and the name/address of the entity entitled to unclaimed funds in the referenced case.

Case #: 13-50864-MPP
Debtor(s) Name: SHELLY J BRENO /

Unclaimed Funds Check #: 11746773
Date Unclaimed Funds Check issued: November 11, 2016

**Amount remitted to Unclaimed Funds - Case # 13-50864:** $2428.82
Claim Number: 004-1
Court Claim Number: 11

Creditor Name and Address:

DONALD E. LINSE
833 PLAINVIEW DRIVE
DANDRIDGE, TN 37725-

/s/ Gwendolyn M. Kerney
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
P O Box 228
Knoxville, TN. 37901
(865) 524-4995